# RMF
## RUSKINMOSCOUFALTISCHEK P.C.
*Counselors at Law*

Writer's Direct Dial: (516) 663-6589
Writer's Direct Fax: (516) 663-6789
Writer's E-Mail: abateman@rmfpc.com

February 23, 2012

**Via Electronic Filing**
Honorable Sterling Johnson
Senior U.S. District Judge
U.S. Court House
225 Cadman Plaza East
Brooklyn, NY 11201

Re: ***U.S. v. Mariya Gomelskaya***
    **10-CR-460-01**

Dear Judge Johnson:

As you are aware, our firm represents Mariya Gomelskaya, who on May 24, 2011, pleaded guilty to Conspiracy to Commit Health Care Fraud. We are in receipt of a pre-sentence report concerning Ms. Gomelskaya dated December 30, 2011, which calculates a sentencing guideline total offense level of 8 and a criminal history category of I. We are also in receipt of an addendum to that report dated February 13, 2012, which clarifies the loss calculation related to Ms. Gomelskaya. According to the addendum, there are no resulting changes to the guidelines computation and sentencing options.

Copies of letters of support from Irina Howard and Yuliya Chigirinskaya, friends of Ms. Gomelskaya and Liudmyla Savchenko, her mother, are submitted hereto as Exhibit A for the court's consideration.

We look forward to the opportunity to be heard by the court at sentencing and urge you to impose a sentence which does not include incarceration. We thank the court for its careful consideration of this matter.

Respectfully submitted,

ALEXANDER G. BATEMAN, JR.
For the Firm

cc: Daniel D. Brownell, Esq.
    Assistant U.S. Attorney

    U. S. Probation Officer